**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Learning Enhancement Corporation** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **01-0698197** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **PO Box 408022**<br>**Chicago, IL 60640**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Cook**<br>County | **Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **Learning Enhancement Corporation**                                    Case number (*if known*) _____
         Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    6117

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **The BrainWare Company** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Northern District of Illinois** | When **11/07/16** | Case number, if known **N/A** |

| Debtor | **Learning Enhancement Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor      **Learning Enhancement Corporation**

Name                                                                    Case number (*if known*)

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  7, 2016**
MM / DD / YYYY

**X** **/s/ Roger Stark**                                             **Roger Stark**
Signature of authorized representative of debtor                    Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X** **/s/ Matthew E. McClintock**                    Date  **November  7, 2016**
Signature of attorney for debtor                                MM / DD / YYYY

**Matthew E. McClintock**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**208 South LaSalle Street**
**Suite 1750**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone    **(312) 337-7700**        Email address    **mattm@goldmclaw.com**

**6280574**
Bar number and State

---

| Debtor | Learning Enhancement Corporation | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 7, 2016**
MM / DD / YYYY

X _Roger Stark_
Signature of authorized representative of debtor      **Roger Stark**
Printed name

Title   **CEO**

**18. Signature of attorney**

X _____
Signature of attorney for debtor      Date   **November 7, 2016**
MM / DD / YYYY

**Matthew E. McClintock**
Printed name

**Goldstein & McClintock LLLP**
Firm name

**208 South LaSalle Street**
**Suite 1750**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone   **(312) 337-7700**      Email address   **mattm@goldmclaw.com**

**6280574**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Learning Enhancement Corporation** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Associated Agencies 1701 Golf Rd. Suite 3-700 Rolling Meadows, IL 60008 | | | | | | $490.00 |
| Capital One Attn: Bankruptcy Dept. 1680 Capital One Dr Mc Lean, VA 22102 | | | | | | $9,402.32 |
| Carponelli & Krug 102 S. Wynstone Park Dr., North Barrington, IL 60010 | | | Disputed | $68,365.00 | Unknown | Unknown |
| David Schick 9850 N. 73rd St. Apt. 3040 Scottsdale, AZ 85258 | | Promissory notes and expenses | Disputed | | | $126,587.69 |
| Diver Bollman Grach Quade 111 N County St. Waukegan, IL 60085 | | Attorneys' fees (Case No. 14-L-5360) | | | | $174,834.00 |
| Dykema Gossett 10 S. Wacker Dr. Suite 230 Chicago, IL 60606 | | | Unliquidated Disputed | | | $22,362.88 |
| Gail Langer PO Box 2 Stoneham, ME 04231 | | | Disputed | | | $60,920.00 |
| Jefferson Adams 656 W. Adams Suite 600 Chicago, IL 60661 | | | | | | $45,253.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | **Learning Enhancement Corporation** | | | Case number *(if known)* | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kirkwood Technologies 922 E. Park Ave. Charlotte, NC 28203** | | | | | | **$5,080.00** |
| **Ladas & Perry 224 S. Michigan Ave. Suite 1600 Chicago, IL 60604** | | | **Disputed** | | | **$6,250.00** |
| **Neal, Gerber & Eisenberg 2 North LaSalle Suite 1700 Chicago, IL 60602** | | | | | | **$55,499.70** |
| **Novus IP 521 W. Superior Ste 221 Chicago, IL 60654** | | | | | | **$4,198.00** |
| **Robert Marini 7110 W. 127th St. Chicago, IL 60643** | | | | | | **$17,800.00** |
| **Sara Sawtelle 11987 Bergamot Drive Granger, IN 46530** | | **Expenses** | | | | **$2,101.00** |
| **The Karlin Law Firm 4305 N. Lincoln Ave., Suite I Chicago, IL 60618** | | | | | | **$2,287.75** |
| **US Bank Bankruptcy/Recovery Dept PO Box 5229 Cincinnati, OH 45201** | | | | | | **$33,375.70** |
| **Velazquez Law Group 111 N. Wabash Ste 2118 Chicago, IL 60602** | | | **Disputed** | | | **$29,943.21** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Learning Enhancement Corporation**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 7, 2016**          x  _Roger Stark_
                                          Signature of individual signing on behalf of debtor

                                          **Roger Stark**
                                          Printed name

                                          **CEO**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

### RESOLUTIONS
### OF
### THE BOARD OF DIRECTORS
### OF
### LEARNING ENHANCEMENT CORPORATION
#### (an Illinois corporation)

#### Effective as of November 1, 2016

The undersigned, being all of the members of the board of directors (the "*Board*") of Learning Enhancement Corporation, an Illinois corporation (the "*Corporation*"), hereby consent in writing to the following resolutions, with the intention that such actions will have the same force and effect as if taken by a vote of the Board at a meeting duly called and held.

WHEREAS, the members of the Board have considered the financial and operational aspects of the Corporation's business and the recommendations of the Corporation's professionals and advisors, and adopt the following resolutions by unanimous written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other interested parties to file a petition (the "*Petition*") seeking relief under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") in the United States Bankruptcy Court in the district as determined to be appropriate by the Authorized Officers (as defined herein) upon the advice of counsel (the "*Bankruptcy Court*");

RESOLVED FURTHER, that the Petition is adopted in all respects. Roger Stark (the "*Authorized Officer*") is hereby authorized and directed, on behalf of the Corporation, to execute the Petition or authorize the execution of a filing of the Petition by the Corporation and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Officer considers appropriate;

RESOLVED FURTHER, the Authorized Officer is authorized to execute and file on behalf of the Corporation all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that he deems necessary or proper to obtain such relief;

RESOLVED FURTHER, that the Authorized Officer shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Corporation to execute, verify, and cause to be filed such requests for first-day relief from the Bankruptcy Court as the Authorized Officer may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder, including, without limitation, to maintain the ordinary course operation of the Corporation's business;

RESOLVED FURTHER, that after the Petition has been filed, the ordinary course operation of the Corporation's business shall continue to be managed during the bankruptcy by the Corporation's existing officers, but such officers shall be subject to oversight from and shall report to and receive direction from the CRO (as defined below) to the extent herein;

RESOLVED FURTHER, that the law firm of Goldstein & McClintock LLLP shall continue to be, and hereby is, employed, as previously approved by the Board on August 3, 2015, as general bankruptcy counsel for the Corporation in the Corporation's chapter 11 case;

RESOLVED FURTHER, that Joshua Arlow of The Skutch Arlow Group, LLC shall be, and hereby is, employed as Chief Restructuring Officer (the "*CRO*") for the Corporation in the Corporation's chapter 11 case, and shall have (a) oversight over the Corporation's finances during the chapter 11 case and (b) shall be responsible for conducting a court-approved marketing process in an effort to ensure that the highest and best value is obtained in any sale of the Company's assets (any such sale, a "*Sale*");

RESOLVED FURTHER, that the Corporation's officers and employees are directed to provide the CRO with all information and access reasonably necessary to allow the CRO to diligently conduct the Sale, and with all financial reporting information reasonably requested by the CRO in connection with his financial oversight function;

RESOLVED FURTHER, that the Authorized Officer, and any employees or agents (including counsel) designated by or directed by such Authorized Officers, shall be, and each hereby is, authorized and empowered to cause the Corporation and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of the Authorized Officer shall be necessary, proper, and desirable to prosecute to a successful completion of the Corporation's chapter 11 case, to effectuate the restructuring of the Corporation's debt, other obligations, organizational form and structure, and ownership of the Corporation and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

### General Authorization

RESOLVED FURTHER, that the Authorized Officer of the Corporation is, authorized and empowered on behalf of the Corporation and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Officer of the Corporation approves as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by the Authorized Officer of the Corporation;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted by the Board in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Officer of the Corporation is authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto;

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Officer or director of the Corporation in connection with or otherwise in contemplation of the transactions

contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved; and

RESOLVED FURTHER, that this consent may be executed in several counterparts, each of which shall be deemed an original, but which together shall constitute one and the same instrument.

**[Signature Page Follows]**

IN WITNESS WHEREOF, the undersigned, constituting all of the directors of the Corporation, have executed this Action by Unanimous Written Consent as of the date first written above.

_Roger L. Stark as CEO_
Roger Stark

_Betsy Hill, President & COO_
Betsy Hill

# United States Bankruptcy Court
## Northern District of Illinois

In re __Learning Enhancement Corporation__        Case No. _____

Debtor(s)     Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Betsy Hill**<br>**1500 Sheridan Rd, 4E**<br>**Wilmette, IL 60091** | | **1,008,153** | |
| **Bill Erickson**<br>**7891 North Tammiami**<br>**Sarasota, FL 34243** | | **250,000** | |
| **Bill Wilson**<br>**125 St Marks Rise**<br>**Crawfordville, FL 32327** | | **50,000** | |
| **Bob Parsons**<br>**3532 Crouch Street**<br>**Lafayette, IN 47905** | | **20,000** | |
| **Bob Sutter**<br>**2420 Lorien**<br>**Hopkins, MN 55305** | | **50,000** | |
| **Carol and Wayne Lamers**<br>**W3178 Van Roy Rd., Ste D115**<br>**Appleton, WI 54915** | | **30,000** | |
| **Casey Holscher**<br>**407 W. Main Street**<br>**Fowler, IN 47944** | | **25,000** | |
| **Chad Harrington**<br>**1 Straight Drive**<br>**Valders, WI 54245** | | **25,000** | |
| **Christine Stewart**<br>**149 Grand Avenue West**<br>**Chatham, ON N7L 1B9** | | **100,000** | |
| **Chuck Reading**<br>**5838 E. Presidio Road**<br>**Scottsdale, AZ 85254** | | **25,000** | |
| **Craig Lubenow**<br>**3706 Enterprise Drive**<br>**Sheboygan, WI 53083** | | **12,500** | |
| **Cynthia D. Thomas**<br>**1240 Banana River Dr**<br>**Satellite Beach, FL 32937** | | **175,797** | |

Sheet 1 of 7 in List of Equity Security Holders

In re:   **Learning Enhancement Corporation**                                     Case No. _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dan J. Seidner**<br>**987 N. Big Lake Loop Rd.**<br>**Three Lakes, WI 54562** | | **25,000** | |
| **Dave Guthrie**<br>**7636 Timber Hill North Drive**<br>**Indianapolis, IN 46217** | | **25,000** | |
| **David Kenny**<br>**3410 State Road 38 East**<br>**Lafayette, IN 47905** | | **200,247** | |
| **David Kosen**<br>**824 Brown Street**<br>**Jackson, MN 56143** | | **30,000** | |
| **David Rosen**<br>**16313 Heathrow Drive**<br>**Tampa, FL 33647** | | **786,297** | |
| **David Schick**<br>**9850 N. 73rd Street, Apt 3040**<br>**Scottsdale, AZ 85258** | | **25,000** | |
| **David Simenz**<br>**2201 West Kenboern Drive**<br>**Milwaukee, WI 53209** | | **25,000** | |
| **Dena Egan**<br>**911 Begonia Road, #203**<br>**Kissimmee, FL 34747** | | **25,000** | |
| **Dennis Abbott**<br>**1333 Lockwood Drive**<br>**Lafayette, IN 47905** | | **25,000** | |
| **Don and Donna Cvetan**<br>**2741 North 40 Street**<br>**Sheboygan, WI 53083** | | **25,000** | |
| **Don Laskowski**<br>**7802 Eagle Creek Overlook**<br>**Indianapolis, IN 46254** | | **100,000** | |
| **Don Perkins**<br>**7 Regent Wood**<br>**Northfield, IL 60093** | | **568,740** | |

List of equity security holders consists of 7 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re:   **Learning Enhancement Corporation**                                      Case No. _____

_____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dotty Walters**<br>**1809 Prestwick Close**<br>**Wilmington, NC 28405** | | **20,000** | |
| **Douglas C. Adams**<br>**2275 Half Day Road**<br>**Deerfield, IL 60015** | | **25,000** | |
| **Ellen Wesley**<br>**6841 E. 6th. Street**<br>**Scottsdale, AZ 85251** | | **25,000** | |
| **Emily Millett**<br>**1104 Ivanhoe Road**<br>**Tallahassee, FL 33212** | | **25,000** | |
| **Ernest James**<br>**316 Division Street**<br>**Plymouth, WI 53073** | | **55,000** | |
| **Gary Vogel**<br>**3540 N Belt West, Ste C**<br>**Belleville, IL 62226** | | **5,000** | |
| **Geraldine Conrad**<br>**3520 N. Lake Shore Drive, 8M**<br>**Chicago, IL 60657** | | **5,000** | |
| **James Jenkins**<br>**7523 River Club Blvd.**<br>**Bradenton, FL 34202** | | **15,000** | |
| **Jay Erdman**<br>**649 E Sunnyside Ave**<br>**Libertyville, IL 60048** | | **10,000** | |
| **Jean-Claude Dutes**<br>**1319 Chartwell CWS**<br>**East Lansing, MI 48823** | | **10,000** | |
| **Joanne Davis**<br>**4801 Osprey Drive South, Apt E308**<br>**Saint Petersburg, FL 33711** | | **25,000** | |
| **John A. Canning**<br>**Three First National Plaza**<br>**Ste 3800**<br>**Chicago, IL 60602** | | **335,493** | |

List of equity security holders consists of 7 total page(s)

In re:  **Learning Enhancement Corporation**                              Case No. _____

                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Erickson**<br>**5943 Bayview Circle S.**<br>**Saint Petersburg, FL 33707** | | **50,000** | |
| **John Hurubean Jr**<br>**1227 Royal Dublin Lane**<br>**Noblesville, IN 46060** | | **50,000** | |
| **John Hurubean Sr.**<br>**9307 Walnut Dr.**<br>**Munster, IN 46321** | | **75,000** | |
| **John Tesser**<br>**9305 W Thomas, Ste 505**<br>**Phoenix, AZ 85037** | | **50,000** | |
| **John Tharp**<br>**148 Budlong St.**<br>**Hillsdale, MI 49242** | | **3,500** | |
| **Joseph Schultz**<br>**1701 Hemlock Road**<br>**Lafayette, IN 47905** | | **25,000** | |
| **Karen Pedersen**<br>**8508 Terrace Drive**<br>**Delta, BC V4C3Z2** | | **25,000** | |
| **Kasey Clevenger**<br>**2420 Scarborough Ln**<br>**Carmel, IN 46032** | | **70,699** | |
| **Kenneth Kazmierczak**<br>**N6037 Deerpath Ln**<br>**Plymouth, WI 53073** | | **50,000** | |
| **Kimberly K. Taylor**<br>**132 E. Delaware Pl., Unit 4901**<br>**Chicago, IL 60611** | | **25,000** | |
| **Lanae Silvestri**<br>**201 E. Chestnut, Apt. 19B**<br>**Chicago, IL 60611** | | **36,000** | |
| **Linda Jones**<br>**2322 Greendale Drive**<br>**Sarasota, FL 34232** | | **12,500** | |

List of equity security holders consists of 7 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re:   **Learning Enhancement Corporation**                    Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lynn Adrian**<br>**2044 Alta Meadows Lane #1102**<br>**Delray Beach, FL 33444** | | **5,000** | |
| **Marios K. Sinapoglou**<br>**3911 Little Stone Circle**<br>**Naperville, IL 60564** | | **25,000** | |
| **Mark Leitgeb**<br>**1616 Funny Cide Drive**<br>**Waxhaw, NC 28173** | | **100,000** | |
| **Mary Hill**<br>**196 Meadow View Parkway**<br>**Erie, CO 80516** | | **25,000** | |
| **Mary Jane Daniels**<br>**4205 Hunters Glen**<br>**Sheboygan, WI 53083** | | **12,500** | |
| **Mary Sweig Wilson**<br>**110 East Spring Road**<br>**Winooski, VT 05404** | | **25,000** | |
| **Max Tharp**<br>**1635 North 27th Place**<br>**Sheboygan, WI 53081** | | **5,000** | |
| **Mike Tharp**<br>**14168 Foxtail Court**<br>**Appleton, WI 54915** | | **10,000** | |
| **Norman Goldring**<br>**736 N. Western Ave., #147**<br>**Lake Forest, IL 60045** | | **22,500** | |
| **Patrick Tharp**<br>**3532 Crouch Street**<br>**Lafayette, IN 47905** | | **519,022** | |
| **Paul Fortwendel**<br>**8535 East 375 South**<br>**Lafayette, IN 47905** | | **70,000** | |
| **Paul Oberman**<br>**7600 Landmark Way, Unit 506**<br>**Englewood, CO 80111** | | **25,000** | |

List of equity security holders consists of 7 total page(s)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

In re:  **Learning Enhancement Corporation**                    Case No. _____

                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Peter Grigg**<br>**12644 Highland Oaks Place**<br>**Colorado Springs, CO 80921** | | **25,000** | |
| **Richard Leonhard**<br>**40 Woodland Ct.**<br>**Oostburg, WI 53070** | | **100,000** | |
| **Robert Dietrich**<br>**515 Niobrara Ave.**<br>**Alliance, NE 69301** | | **25,000** | |
| **Robert Tharp**<br>**3012 Alex Court**<br>**Lafayette, IN 47905** | | **70,000** | |
| **Roger Stark**<br>**1224 W Elmdale, 1W**<br>**Chicago, IL 60661** | | **14,363,000** | |
| **Ronald Clark**<br>**1801 Main Street**<br>**Lafayette, IN 47904** | | **25,000** | |
| **Ronnell Hansen**<br>**1414 E. Pond Road**<br>**Saint Paul, MN 55122** | | **100,000** | |
| **Russ Osnes**<br>**1340 Duckwood Drive**<br>**Saint Paul, MN 55123** | | **1,424,399** | |
| **Scott D. Sammon**<br>**4590 Scott Trail, Ste 110**<br>**Saint Paul, MN 55122** | | **25,000** | |
| **Scott Miller**<br>**W2249 Crestview Lane**<br>**Sheboygan, WI 53083** | | **25,000** | |
| **Selwyn Dusheiko**<br>**78 N. Canal Drive**<br>**Palm Harbor, FL 34684** | | **30,000** | |
| **Susan Gaud**<br>**2809 Lincoln Street**<br>**Evanston, IL 60201** | | **199,747** | |

List of equity security holders consists of 7 total page(s)

In re:   **Learning Enhancement Corporation**                                 Case No. _____

_____
Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Tamara Fortson<br>4821 Shadyview Court<br>Sarasota, FL 34232 | | 25,000 | |
| Tammy Shepherd<br>3404 93rd Street<br>Lubbock, TX 79423 | | 293,008 | |
| Tarby Bryant<br>PO Box 10145, Big Canoe<br>Jasper, GA 30143 | | 4,000 | |
| Timothy Rindt<br>9230 Pigeon Lake Road<br>Valders, WI 54245 | | 40,000 | |
| Tunji Ladipo<br>1012 Lake Shore Blvd.<br>Evanston, IL 60202 | | 100,000 | |
| Victor Dye<br>4140 Lee Street<br>Skokie, IL 60076 | | 25,000 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 7, 2016**                    Signature *Roger Stark*
Roger Stark   *as CEO*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re __Learning Enhancement Corporation__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Learning Enhancement Corporation__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November  7, 2016__

Date

__/s/ Matthew E. McClintock__

**Matthew E. McClintock**

Signature of Attorney or Litigant

Counsel for __Learning Enhancement Corporation__

**Goldstein & McClintock LLLP**
**208 South LaSalle Street**
**Suite 1750**
**Chicago, IL 60604**
**(312) 337-7700 Fax:(312) 277-2305**
**mattm@goldmclaw.com**

Associated Agencies
1701 Golf Rd.
Suite 3-700
Rolling Meadows, IL 60008


Capital One
Attn: Bankruptcy Dept.
1680 Capital One Dr
Mc Lean, VA 22102


Carponelli & Krug
102 S. Wynstone Park Dr., North
Barrington, IL 60010


David Schick
9850 N. 73rd St.
Apt. 3040
Scottsdale, AZ 85258


David Schick
9850 N. 73rd Street, Apt 3040
Scottsdale, AZ 85258


Diver Bollman Grach Quade
111 N County St.
Waukegan, IL 60085


Dykema Gossett
10 S. Wacker Dr.
Suite 230
Chicago, IL 60606


Elizabeth Hill
1500 Sheridan Road, 4E
Wilmette, IL 60091


Gail Langer
PO Box 2
Stoneham, ME 04231


Jefferson Adams
656 W. Adams
Suite 600
Chicago, IL 60661

JZA Holdings, Inc.
1500 Sheridan Road, #4E
Wilmette, IL 60091


Kirkwood Technologies
922 E. Park Ave.
Charlotte, NC 28203


Ladas & Perry
224 S. Michigan Ave.
Suite 1600
Chicago, IL 60604


Neal, Gerber & Eisenberg
2 North LaSalle
Suite 1700
Chicago, IL 60602


Novus IP
521 W. Superior
Ste 221
Chicago, IL 60654


Robert Marini
7110 W. 127th St.
Chicago, IL 60643


Roger Stark
1224 W Elmdale, 1W
Chicago, IL 60661


Sara Sawtelle
11987 Bergamot Drive
Granger, IN 46530


The Brainware Company
PO Box 409037
Chicago, IL 60640


The Karlin Law Firm
4305 N. Lincoln Ave., Suite I
Chicago, IL 60618

```
US Bank
Bankruptcy/Recovery Dept
PO Box 5229
Cincinnati, OH 45201


Velazquez Law Group
111 N. Wabash
Ste 2118
Chicago, IL 60602
```

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Learning Enhancement Corporation**

Debtor(s)

Case No.
Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                **22**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 7, 2016**

**Roger Stark/CEO**
Signer/Title