UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEARNING ENHANCEMENT | ) Case No. 16-35537 |
| CORPORATION, ET AL. | ) |
| | ) Honorable Jack B. Schmetterer |
| Debtors. | ) |

## DECLARATION UNDER PENALTY OF PERJURY

I, Roger Stark, CEO of Learning Enhancement Corporation (the "*Debtor*"), in accordance with 11 U.S.C. § 1116(1)(B) declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the Debtor has not prepared a statement of operations, balance sheet, or cash flow statement for at least the last three fiscal years.

Date: November 14, 2016

*/s/ Roger Stark*
Roger Stark